```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 02531
   JASON R DURBIN
   LISA M DURBIN                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9157     SSN XXX-XX-0692

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/15/2006 and was confirmed 06/14/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICAN HONDA FINANCE C   SECURED          8399.52          751.86          8399.52
HOUSEHOLD BANK             SECURED              .00             .00              .00
ECAST SETTLEMENT CORP      UNSECURED        2285.24             .00            82.00
NISSAN INFINITI            SECURED         29495.35         3789.17         21369.08
AFNI                       UNSECURED       NOT FILED            .00              .00
CAPITAL ONE                UNSECURED         495.77             .00            17.79
CAPITAL ONE                UNSECURED         665.94             .00            16.31
B-REAL LLC                 UNSECURED        5212.88             .00           187.10
B-REAL LLC                 UNSECURED        4460.95             .00           160.09
CHICAGO FIREMANS ASSOC C   UNSECURED       11046.74             .00           396.46
CHICAGO FIREMANS ASSOC C   UNSECURED        4572.37             .00           164.09
BANK OF AMERICA NA         UNSECURED       11997.60             .00           430.58
RESURGENT CAPITAL SERVIC   UNSECURED       11240.71             .00           403.42
CITY OF CHICAGO PARKING    UNSECURED         460.00             .00            16.51
COMCAST                    UNSECURED       NOT FILED            .00              .00
DISCOVER FINANCIAL SERVI   UNSECURED        3277.03             .00           117.62
ECAST SETTLEMENT CORP      UNSECURED        1904.85             .00            57.51
IOWA STUDENT LOAN LIQUID   UNSECURED        4944.52             .00           177.45
ISAC                       NOTICE ONLY     NOT FILED            .00              .00
ECAST SETTLEMENT CORP      UNSECURED        2737.03             .00            98.24
NEW YORK & COMPANY         NOTICE ONLY     NOT FILED            .00              .00
WASHINGTON MUTUAL/PROVID   UNSECURED       NOT FILED            .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        3612.52             .00           129.65
ISAC                       UNSECURED       25256.44             .00           906.40
SPRINT PCS                 UNSECURED       NOT FILED            .00              .00
T MOBILE                   UNSECURED         279.74             .00              .00
VILLAGE OF OAK PARK        UNSECURED       NOT FILED            .00              .00
BLACKHAWK STATE BANK       UNSECURED       14333.36             .00           514.40
WASHINGTON MUTUAL          CURRENT MORTG       .00             .00              .00
WASHINGTON MUTUAL          MORTGAGE ARRE   1206.40             .00           1206.40
T-MOBILE USA               UNSECURED         200.23             .00              .00
NISSAN INFINITI            UNSECURED       NOT FILED            .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 02531 JASON R DURBIN & LISA M DURBIN
```

```
AMERICAN HONDA FINANCE C  UNSECURED       14335.25              .00         514.48
RESURGENT CAPITAL SERVIC  UNSECURED        7146.30              .00         256.47
ECMC                      FILED LATE      38664.71              .00            .00
LEEDERS & ASSOCIATES LTD  DEBTOR ATTY     2,189.00                         2,189.00
TOM VAUGHN                TRUSTEE                                          2,689.65
DEBTOR REFUND             REFUND                                           1,878.75

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 46,920.00

PRIORITY                                           .00
SECURED                                      30,975.00
    INTEREST                                  4,541.03
UNSECURED                                     4,646.57
ADMINISTRATIVE                                2,189.00
TRUSTEE COMPENSATION                          2,689.65
DEBTOR REFUND                                 1,878.75
                        ---------------    ---------------
TOTALS                  46,920.00            46,920.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 08/21/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE